UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SIMON GEBREGZIABHER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:19CV470 SPM |
| ) | |
| FRANCIS G. SLAY, et al., ) | |
| ) | |
| Defendants. ) | |

## OPINION, MEMORANDUM AND ORDER

This matter is before the Court on plaintiff Simon Gebregziabher's motion for reconsideration of the Court's September 20, 2019 order of partial dismissal. (Docket No. 9). Specifically, plaintiff is seeking reconsideration of the Court's dismissal of his official capacity claims against all defendants. Having reviewed the motion, the Court will decline to alter or amend its judgment. Plaintiff's motion fails to point to any manifest errors of law or fact, or any newly discovered evidence. Instead, the motion merely revisits the same arguments set forth in plaintiff's complaint.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for reconsideration (Docket No. 9) is **DENIED**.

**IT IS FURTHER ORDERED** that an appeal from the denial of plaintiff's motion for reconsideration would not be taken in good faith.

Dated this 15th day of October, 2019.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE