# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| SIMON GEBREGZIABHER, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | No. 4:19-cv-00470-SPM |
| FRANCIS G. SLAY, et al., | ) ) ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on the motion of defendants Christopher Tanner, Paul Piatchek, Matthew Burle, Marcus Bush, and Mickey Christ for an extension of time in which to file their responsive pleadings. (Docket No. 12). In the motion, defendants' counsel states that due to intervening deadlines and illness, counsel requires additional time to file responsive pleadings on behalf of the five defendants. Specifically, counsel requests an additional seven days in which to file responsive pleadings. Good cause being shown, the motion will be granted.

Accordingly,

**IT IS HEREBY ORDERED** that defendants' motion for an extension of time to file responsive pleadings (Docket No. 12) is **GRANTED**.

**IT IS FURTHER ORDERED** that defendants shall have **seven (7) days** from the date of this order in which to file responsive pleadings.

SHIRLEY PADMORE MENSAH
UNITED STATES MAGISTRATE JUDGE

Dated this 20th day of November, 2019.